## UNITED STATES of America, Plaintiff–Appellee,

v.

## Daniel LUTZ, Defendant–Appellant.

### No. 02–6743.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Daniel Lutz, Appellant Pro Se. Lynne Ann Battaglia, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Daniel Lutz seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the dis-

trict court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lutz,* Nos. CR–95–293– ALL; CA–99–3663–PJM (D.Md. Feb. 25, 2002). We deny Lutz's motion for expedited consideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*